**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 430 MAL 2014
                                                   :

               Respondent          :

                                               : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court

               v.                   :
                                                   :
                                                   :

JAMES E. AMATUCCI,              :
                                                   :

               Petitioner           :


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.